**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Maureen Flanders<br>Debtor(s)<br>American Heritage Federal Credit Union<br>Movant<br>v.<br>Maureen Flanders<br>Respondent(s) | Chapter: 13<br><br>Case No: 26-13072-djb |

**OBJECTION OF AMERICAN HERITAGE FEDERAL CREDIT UNION TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 6312 GLENLOCH STREET, PHILADELPHIA, PA 19135**

American Heritage Federal Credit Union (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Maureen Flanders (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

1. On August 29, 2007, Maureen Flanders signed a note in the principal sum of $114,900.00 evidencing a loan from American Heritage Federal Credit Union, a Corporation in the same amount, secured by the real property located at 6312 Glenloch Street, Philadelphia, PA 19135 (hereinafter, the "Property"), as evidenced by a mortgage executed by Maureen Flanders in favor of American Heritage Federal Credit Union, which mortgage is duly recorded with the Recorder of Deeds for Philadelphia County on September 10, 2007 as Instrument No. 51769482.

2. By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

3. Debtor filed the Chapter 13 Bankruptcy Petition on July 22, 2026 and as a result, any State Court proceedings were stayed.

4. Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

a. The Plan is infeasible in that the Plan:

i. is underfunded and does not provide sufficient funds to pay the claims

ii. does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $10,613.90 (which is the approximate amount subject to the actual amount stated in the final filed Proof of Claim).

b. The Plan does not adequately provide for post-petition payments in the amount of $176.89.

5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

6. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Creditor, American Heritage Federal Credit Union, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

Respectfully submitted,

STERN & EISENBERG, PC

*By: _/s/ Daniel P. Jones_*

Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Counsel for Movant

Date: September 15, 2026