**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:

Case No. 26-13072-djb
Chapter 13

Maureen Flanders

Debtor(s).

**REQUEST TO MARK OBJECTION TO PLAN MOOT**

Kindly mark the Objection to Confirmation of Plan filed by Movant, **American Heritage Federal Credit Union**, on September 15, 2026 as moot as Debtor filed an Amended Plan which satisfies Movants Objection.

By: *__/s/ Daniel P. Jones, Esquire*

Daniel P. Jones, Esquire,
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 19th day of November, 2026, to the following:

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
bradsadek@gmail.com
***Attorney for Debtor(s)***

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Maureen Flanders
6312 Glenloch Street
Philadelphia, PA 19135
***Debtor(s)***

By: *<u>/s/Daniel P. Jones, Esquire</u>*